Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Katherine A. Tanaka
Assistant Federal Public Defender
California State Bar No. 314082
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Katherine_Tanaka@fd.org

*Attorney for Petitioner Pablo Ortiz Antonio

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Pablo Ortiz Antonio,<br>Petitioner,<br>v.<br>DHS, *et al.*,<br>Respondents. | Case No. 2:26-cv-02564 -APG-MDC<br>**Stipulation to Extend Time to File Amended Petition**<br>**(First Request)** |

Petitioner Pablo Ortiz Antonio and Respondents through undersigned counsel, hereby submit this stipulation for an extension of time to file the Amended Petition by one week. The parties request the briefing schedule be reset as follows: the Amended Petition is due on September 7, 2026, the Government's Response to the Amended Petition is due on September 14, 2026, and Petitioner's Reply is due on September 21, 2026. This is the first request for an extension of time.

## POINTS AND AUTHORITIES

Petitioner filed his petition for writ of habeas corpus under 28 U.S.C. § 2241 on or around August 18, 2026.[1] That same day, this Court appointed the Office of the Federal Public Defender to represent Petitioner.[2] This Court directed the FPD to file an amended petition by August 31, 2026.[3] For the reasons explained below, Petitioner requests a one-week extension of time for Petitioner to file an amended petition.

Here, good cause exists for an extension of time. On August 26, 2026, after listening to the audio from Petitioner's August 2026 hearing in Immigration Court, undersigned counsel determined there was an updated version of the I-213 Respondents originally provided. The original I-213 was dated June 14, 2025. The updated I-213 appeared to reference actions taken in 2026. That same day, undersigned counsel requested a copy of the I-213 referenced in the August bond hearing audio. On August 31, 2026, Respondents provided the updated version of Petitioner's I-213.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] ECF No. 4.

[2] ECF No. 3.

[3] The Court ordered an Amended Petition filed within 7 days from Undersigned Counsel's Notice of Appearance. ECF No. 3 at 2. Undersigned Counsel filed her Notice of Appearance on August 24, 2026. *See* ECF No. 5.

Undersigned counsel needs additional time to research and determine whether there are any viable issues to raise in an amended petition in light of the updated information contained in Petitioner's most recent I-213. This request for an extension is filed in good faith and for good cause—not for purposes of delay, but in the interests of justice.

Respectfully submitted this 31st day of August, 2026.

TODD BLANCHE
U.S. Attorney General
Sigal Chattah, First Assistant

*/s/ Tamer B. Botros*
Tamer B. Botros
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Katherine Tanaka*
Katherine Tanaka
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Pablo Ortiz Antonio,<br>Petitioner,<br>v.<br>DHS, *et al.*,<br>Respondents. | Case No. 2:26-cv-02564 -APG-MDC<br>**ORDER** |

IT IS THEREFORE ORDERED that the Amended Petition currently due August 31, 2026 now is due September 7, 2026, the Government's Response to Amended Petition is due September 14, 2026 and Petitioner's Reply is due September 21, 2026.

DATED this 1st day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE